B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**702 Serrano Property, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**27-4451798** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**702 S. Serrano Avenue**<br>**Los Angeles, CA**<br>ZIP Code **90005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3250 Wilshire Blvd., Suite 1805**<br>**Los Angeles, CA**<br>ZIP Code **90010** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    **Page 2**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**702 Serrano Property, LLC**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **see attached** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)             Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**702 Serrano Property, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *Monica K* [signature]
Signature of Attorney for Debtor(s)
**Monica Y. Kim 180139**
Printed Name of Attorney for Debtor(s)
**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name
**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number
**January 6, 2011**      **180139**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X [signature]
Signature of Authorized Individual
**Young S. Kim**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
**January 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Pending Related Cases

Pursuant to Local Bankruptcy Rule 1015-2, this case relates to the Chapter 11 filing of In re NGBI Homes ("NGBI"), Case Number 2:10-bk-30683-TD, filed on May 23, 2010, in the United States Bankruptcy Court, Central District of California, Los Angeles Division, because the property in which this debtor has an interest, was included as property of the estate in the NGBI Chapter 11 case.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Monica Y. Kim<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>E-mail: myk@lnbyb.com<br>State Bar No. 180139<br>☒ Attorney for: Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>702 Serrano Property, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: _____           Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          January 6, 2011
Signature of Authorized Signatory of Filing Party    Date

Young S. Kim
*Printed Name of Authorized Signatory of Filing Party*

Manager
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          January 6, 2011
Signature of Attorney for Filing Party        Date

Monica Y. Kim 180139
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

**CERTIFICATE OF 702 SERRANO PROPERTY, LLC,
A CALIFORNIA LIMITED LIABILTY COMPANY
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Young S. Kim, hereby certify as follows:

1. I am the Manager of 702 Serrano Property, LLC, a California limited liability company (the "Company").

2. The following resolutions have been duly enacted by the Company in accordance with its operating agreement, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Young S. Kim ("Young Kim") is hereby authorized to determine whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> FURTHER RESOLVED, that Young Kim is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Young Kim is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in

connection with the Company's bankruptcy case, and to take any and all action which Young Kim deems necessary and proper in connection with the Company's bankruptcy case;

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated:   January 6, 2011

      7022 SERRANO PROPERTY, LLC

      _____
      Young S. Kim, Manager

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **702 Serrano Property, LLC**      Case No. _____
                                               Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Standard Portfolio-Olym. Blvd., LLC**<br>c/o Young S. Kim<br>3250 Wilshire Blvd., Ste. 1805<br>Los Angeles, CA 90010 | **Standard Portfolio-Olym. Blvd., LLC**<br>c/o Young S. Kim<br>3250 Wilshire Blvd., Ste. 1805<br>Los Angeles, CA 90010 | | | **5,650,000.00** |
| **Serrano Palace HOA**<br>4730 Woodman Ave. Ste. 200<br>Sherman Oaks, CA 91423 | **Serrano Palace HOA**<br>4730 Woodman Ave. Ste. 200<br>Sherman Oaks, CA 91423 | | | **74,205.00** |
| **Joseph S. Kim, President**<br>**Cal. Averland Construction, Inc.**<br>339 N. Virgil Ave.<br>Los Angeles, CA 90004 | **Joseph S. Kim, President**<br>**Cal. Averland Construction, Inc.**<br>339 N. Virgil Ave.<br>Los Angeles, CA 90004 | | | **60,000.00** |
| **PARK & LIM**<br>Attn: Young Lim<br>3435 Wilshire Blvd., Ste. 2920<br>Los Angeles, CA 90010 | **PARK & LIM**<br>Attn: Young Lim<br>3435 Wilshire Blvd., Ste. 2920<br>Los Angeles, CA 90010 | | | **6,500.00** |
| **Ae Jin Cho**<br>450 S. St. Andrews Pl. #402<br>Los Angeles, CA 90020 | **Ae Jin Cho**<br>450 S. St. Andrews Pl. #402<br>Los Angeles, CA 90020 | | | **Unknown** |
| **Amkor Fire Protection Co., Inc**<br>1115 E Elm Ave<br>Fullerton, CA 92831 | **Amkor Fire Protection Co., Inc**<br>1115 E Elm Ave<br>Fullerton, CA 92831 | | | **Unknown** |
| **Azurlite, Inc.**<br>20909 S Brant Ave.<br>Long Beach, CA 90810 | **Azurlite, Inc.**<br>20909 S Brant Ave.<br>Long Beach, CA 90810 | | | **Unknown** |
| **Chantal Park**<br>c/o David Hong, FineZip Invest<br>3580 Wilshire Bl. #2050<br>Los Angeles, CA 90010 | **Chantal Park**<br>c/o David Hong, FineZip Invest<br>3580 Wilshire Bl. #2050<br>Los Angeles, CA 90010 | | | **Unknown** |
| **Chung Cha Sung**<br>4460 Wilshire Bl. #402<br>Los Angeles, CA 90010 | **Chung Cha Sung**<br>4460 Wilshire Bl. #402<br>Los Angeles, CA 90010 | | | **Unknown** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **702 Serrano Property, LLC** _____  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Eduardo Marcelo Cho**<br>**4455 Los Feliz Bl. #906**<br>**Los Angeles, CA 90027** | **Eduardo Marcelo Cho**<br>**4455 Los Feliz Bl. #906**<br>**Los Angeles, CA 90027** | | | **Unknown** |
| **Edward Sug Bong Shin**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | **Edward Sug Bong Shin**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Ho Sung Kang**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | **Ho Sung Kang**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Hwa Kyung Yang**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | **Hwa Kyung Yang**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **John Kim**<br>**MJ Development**<br>**4055 Wilshire Blvd., Ste. 103**<br>**Los Angeles, CA 90010** | **John Kim**<br>**MJ Development**<br>**4055 Wilshire Blvd., Ste. 103**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Josh Hodeda, CPA**<br>**MJW Investments, Inc.**<br>**1640 5th Street, Ste 112**<br>**Santa Monica, CA 90401** | **Josh Hodeda, CPA**<br>**MJW Investments, Inc.**<br>**1640 5th Street, Ste 112**<br>**Santa Monica, CA 90401** | | | **Unknown** |
| **Jung Hoon Lee**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | **Jung Hoon Lee**<br>**c/o David Hong, FineZip Invest**<br>**3580 Wilshire Bl. #2050**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Justin J. Ju**<br>**c/o David Hong, FinZip Invest**<br>**3580 Wilshire #2050**<br>**Los Angeles, CA 90010** | **Justin J. Ju**<br>**c/o David Hong, FinZip Invest**<br>**3580 Wilshire #2050**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Kenny Chung, Sonia Chung**<br>**c/o Bee Realty Group**<br>**3600 Wilshire Bl. #400**<br>**Los Angeles, CA 90010** | **Kenny Chung, Sonia Chung**<br>**c/o Bee Realty Group**<br>**3600 Wilshire Bl. #400**<br>**Los Angeles, CA 90010** | | | **Unknown** |
| **Mi Sook Choi**<br>**c/o Glen Property Inc,**<br>**6122 Orangethorpe Ave. #105**<br>**Buena Park, CA 90620** | **Mi Sook Choi**<br>**c/o Glen Property Inc,**<br>**6122 Orangethorpe Ave. #105**<br>**Buena Park, CA 90620** | | | **Unknown** |
| **OJ Insulation**<br>**600 S. Vincent Ave.**<br>**Azusa, CA 91702** | **OJ Insulation**<br>**600 S. Vincent Ave.**<br>**Azusa, CA 91702** | | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   702 Serrano Property, LLC                                              Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  January 6, 2011                Signature  /s/ Young S. Kim
                                                Young S. Kim
                                                Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **Pursuant to Local Bankruptcy Rule 1015-2, this case relates to the Chapter 11 Filing of In re NGBI Homes ("NGBI"), Case Number 2:10-bk-30683-TD, filed May 23, 2010, in the United States Bankruptcy Court, Central District of California, Los Angeles Division, because the property in which this debtor has an interest, was included as property of the estate in the NGBI Chapter 11 Case.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_, California.

Dated _January 6, 2011_

_Young S. Kim, Manager_
Debtor

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                      2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Monica Y. Kim 180139

Address   10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone (310) 229-1234

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>702 Serrano Property, LLC | Case No.: |
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  January 6, 2011

Young S. Kim/Manager
Signer/Title

Date:  January 6, 2011

Signature of Attorney
Monica Y. Kim 180139
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067
(310) 229-1234

```
702 Serrano Property, LLC
3250 Wilshire Blvd., Suite 1805
Los Angeles, CA 90010


Monica Y. Kim
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


Ae Jin Cho
450 S. St. Andrews Pl. #402
Los Angeles, CA 90020


Ae Jin Cho
c/o ACE Realty & Management
3550 Wilshire Blvd. #322
Los Angeles, CA 90010


Amkor Fire Protection Co., Inc
1115 E Elm Ave
Fullerton, CA 92831


Azurlite, Inc.
20909 S Brant Ave.
Long Beach, CA 90810


Chantal Park
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010
```

Chung Cha Sung
4460 Wilshire Bl. #402
Los Angeles, CA 90010


Chung Cha Sung
c/o Sarah Min, Special Realty Com.
445 S. Western Ave. #100
Los Angeles, CA 90006


Eduardo Marcelo Cho
4455 Los Feliz Bl. #906
Los Angeles, CA 90027


Eduardo Marcelo Cho
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Edward Sug Bong Shin
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Ho Sung Kang
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Hwa Kyung Yang
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


John Kim
MJ Development
4055 Wilshire Blvd., Ste. 103
Los Angeles, CA 90010

Joseph S. Kim, President
Cal. Averland Construction, Inc.
339 N. Virgil Ave.
Los Angeles, CA 90004


Josh Hodeda, CPA
MJW Investments, Inc.
1640 5th Street, Ste 112
Santa Monica, CA 90401


Jung Hoon Lee
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Justin J. Ju
c/o David Hong, FinZip Invest
3580 Wilshire #2050
Los Angeles, CA 90010


Kenny Chung, Sonia Chung
c/o Bee Realty Group
3600 Wilshire Bl. #400
Los Angeles, CA 90010


LA County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007


Los Angeles Tax Collector
255 N. Hill Street
PO Box 512102
Los Angeles, CA 90051


Mi Sook Choi
c/o Glen Property Inc,
6122 Orangethorpe Ave. #105
Buena Park, CA 90620

Mi Sook Choi
c/o Young Ok Choi, Glen PropertyInc
3333 Wilshire Bl. #504
Los Angeles, CA 90010


OJ Insulation
600 S. Vincent Ave.
Azusa, CA 91702


PARK & LIM
Attn: Young Lim
3435 Wilshire Blvd., Ste. 2920
Los Angeles, CA 90010


Pro-Tech Air, Inc.
1914 Naomi Ave
Los Angeles, CA 90011


Richard Choi
c/o Gina Kim, Tower Escrow
3600 Wilshire Bl. #426
Los Angeles, CA 90010


RLS Plastering Company, Inc.
1290 N Sunshine Way
Anaheim, CA 92806


Serrano Palace HOA
4730 Woodman Ave. Ste. 200
Sherman Oaks, CA 91423


Seung Hee Chang
c/o Seung Steve Chong, FineZipInv
3580 Wilshire Bl. #2050
Los Angeles, CA 90010

```
Spectra Company
2510 Supply Street
Pomona, CA 91767


Standard Portfolio-Olym. Blvd., LLC
c/o Young S. Kim
3250 Wilshire Blvd., Ste. 1805
Los Angeles, CA 90010


Sue Min Choi
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Tae H. Kim
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Urban Commons Serrano, LLC
4 Surfspray Bluff
Newport Coast, CA 92657


Vicki Nash
North, Nash & Abendroth, LLC
2 Park Plaza, Suite 1020
Irvine, CA 92614


Yong Il KIm
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010


Young Lily Chang
c/o David Hong, FineZip Invest
3580 Wilshire Bl. #2050
Los Angeles, CA 90010
```